**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois - Eastern Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  T Mart, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 39-2040012 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  8020 Durand Avenue, Suite E<br>  Sturtevant, WI 53177-1976 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>  Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor     Miscellaneous locations in Illinois<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
  ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)<br>☒ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☐ Chapter 7     ☒ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | |
|---|---|---|---|---|---|---|---|
| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☒ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☒ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

**(Official Form 1) (12/03)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): T Mart, Inc. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
Norman B. Newman
Printed Name of Attorney for Debtor(s)
Much Shelist Freed Denenberg Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
312.521.2000 Fax:312.521.2100
Firm Name/Address/Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Rohit Sharma
Printed Name of Authorized Individual
President
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois - Eastern Division

In re   T Mart, Inc.
Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Illinois Department of Revenue<br>P.O. Box 19031<br>Springfield, IL 62794-9031 | Lisa Madigan<br>100 W. Randolph St.<br>Chicago, IL 60601-3218 | | | 2,454,000.00 |
| Mohammed Malik<br>91 Lawndale Blvd.<br>Frankfort, IL 60423-3121 | Barash & Everett, LLC<br>Attn: Keith Luymes<br>P.O. Box 165<br>Galva, IL 61434-0165 | | Disputed | 200,000.00 |
| Mohammed Jumeh<br>c/o Roger Ray<br>115 N. State Street<br>Geneseo, IL 61254-1345 | | | Disputed | 200,000.00 |
| Venture Fuels, LLC<br>P.O. Box 159<br>Onalaska, WI 54650 | | | Disputed | 70,000.00 |
| National Petroleum, Inc.<br>c/o Tom Pastrnak<br>1313 W. 3rd Street<br>Davenport, IA 52802-1346 | | | Disputed | 69,131.63 |
| Gas Depot Oil Company<br>c/o Michael R. Lacey<br>122 W. 22nd Street, Suite 300<br>Oak Brook, IL 60523-4071 | | | Disputed | 67,541.26 |
| Becker & Litterst, Ltd.<br>331 Fulton Street, Suite 416<br>Peoria, IL 61602-1499 | | | Disputed | 47,933.51 |
| Signs By Phil<br>12106 Sabuda Place<br>Wheatfield, IN 46392 | | | Disputed | 40,000.00 |
| Internal Revenue Service<br>Special Processing Staff<br>Stop 22<br>Des Moines, IA 50302-0313 | | | | 32,747.00 |
| J&S Liquidation<br>c/o Alex Rabin<br>1300 S. 8th Street<br>Springfield, IL 62703-2519 | | | | 23,000.00 |
| Pine Tree Commercial Realty, LLC<br>51 Sherwood Terrace<br>Suite C<br>Lake Bluff, IL 60044-2232 | | | | 12,595.57 |

In re   T Mart, Inc.                                                                    Case No.   _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713-1443 | | | | 3,822.00 |
| Iowa Department of Revenue<br>P.O. Box 10457<br>Des Moines, IA 50306-0457 | | | | 3,011.00 |
| Indiana Department of Revenue<br>100 N. Senate Avenue<br>Indianapolis, IN 46204-2273 | | | | 1,930.00 |
| State of Iowa Department of Justice<br>Hoover Building<br>Des Moines, IA 50319 | | | | 300.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   February 25, 2005          Signature   /s/ Rohit Sharma
                                              Rohit Sharma
                                              President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Illinois - Eastern Division**

In re   T Mart, Inc.                                                              Case No.
                                  Debtor(s)                                       Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. The undersigned is the attorney for the debtor(s) in this case.

2. The total compensation promised the undersigned by the debtor(s) for the services rendered or to be rendered in connection with this case is $  75,000.00  ; the only compensation which has been received from the debtor(s) or any other person on said account is $  75,000.00  ; the balance due thereon is $  0.00  ; and the source of compensation paid or promised, if a source other than the debtor(s), is:

3. The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of his law firm except:

4. $  839.00  of the filing fee has been paid.

Dated:   February 25, 2005                                  /s/ Norman B. Newman
                                                            *Attorney for Debtor(s)*
                                                            Norman B. Newman
                                                            Much Shelist Freed Denenberg Ament & Rubenstein, P.C.
                                                            191 North Wacker Drive
                                                            Suite 1800
                                                            Chicago, IL 60606
                                                            312.521.2000  Fax: 312.521.2100

*[Required by Rule 2016(b) to be filed and transmitted to the United States Trustee within 15 days after the order for relief. (Not to be filed in lieu of an Application for Compensation which may be filed pursuant to Bankruptcy Rule 2016.)]*

**COMPENSATION STATEMENT OF ATTORNEY FOR THE DEBTOR(S)**

# United States Bankruptcy Court
### Northern District of Illinois - Eastern Division

In re  T Mart, Inc.                                                             Case No.
                                    Debtor(s)                                   Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    21

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  February 25, 2005                        /s/ Rohit Sharma
                                                Rohit Sharma/President
                                                Signer/Title

Barash & Everett, LLC
Attn: Keith Luymes
P.O. Box 165
Galva, IL 61434-0165


Becker & Litterst, Ltd.
331 Fulton Street, Suite 416
Peoria, IL 61602-1499


BLC Capital Corporation


Community Bank & Trust
5380 N. Port Washington
Glendale, WI 53217-4913


Gas Depot Oil Company
c/o Michael R. Lacey
122 W. 22nd Street, Suite 300
Oak Brook, IL 60523-4071


Illinois Department of Revenue
P.O. Box 19031
Springfield, IL 62794-9031


Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204-2273


Internal Revenue Service
Special Processing Staff
Stop 22
Des Moines, IA 50302-0313


Iowa Department of Revenue
P.O. Box 10457
Des Moines, IA 50306-0457


J&S Liquidation
c/o Alex Rabin
1300 S. 8th Street
Springfield, IL 62703-2519

```
Lisa Madigan
100 W. Randolph Street
Chicago, IL 60601-3218


Mohammed Jumeh
c/o Roger Ray
115 N. State Street
Geneseo, IL 61254-1345


Mohammed Malik
91 Lawndale Blvd.
Frankfort, IL 60423-3121


National Petroleum, Inc.
c/o Tom Pastrnak
1313 W. 3rd Street
Davenport, IA 52802-1346


Phill Khun
Signs by Phil
12106 Sabuda Place
Wheatfield, IN 46392


Pine Tree Commercial Realty, LLC
51 Sherwood Terrace
Suite C
Lake Bluff, IL 60044-2232


Roger Cast
Venture Fuels
P.O. Box 159
Onalaska, WI 54650


Signs By Phil
12106 Sabuda Place
Wheatfield, IN 46392


State of Iowa Department of Justice
Hoover Building
Des Moines, IA 50319


Venture Fuels, LLC
P.O. Box 159
Onalaska, WI 54650
```

```
Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713-1443
```