IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| T MART, INC., | ) | Case No. 05 B 06933 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## DEBTOR'S FINAL REPORT AND ACCOUNT

Now comes T Mart, Inc. (the "Debtor"), by and through its counsel, and pursuant to Federal Rule of Bankruptcy Procedure 1019(5)(A) presents this Final Report and Account (the "Final Report") and states as follows:

1. On February 28, 2005 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code [11 U.S.C. §§ 101 *et seq.*](the "Code").

2. On June 28, 2006 (the "Conversion Date"), the Court entered an Order converting this case to a case under Chapter 7 of the Code.

3. On June 29, 2006, Alex D. Moglia was appointed Chapter 7 trustee.

4. Attached hereto as Exhibit A is a Schedule of Unpaid Liabilities for the period from the Petition Date to the Conversion date.

     5.     To the extent necessary and upon receipt of additional pertinent information, if any, the Debtor will supplement this Final Report.

Dated: November 3, 2006
       Chicago, Illinois

                         T MART, INC.

                         By: /s/ William S. Hackney

Norman B. Newman, ARDC No. 02045427
William S. Hackney, ARDC No. 06256042
MUCH SHELIST FREED DENENBERG
     AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## VERIFICATION OF ROHIT SHARMA

I, Rohit Sharma, as President of T Mart, Inc., under penalty of perjury, verify that I have read the foregoing Debtor's Final Report and Account and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: November 3, 2006

_____
Rohit Sharma
T Mart, Inc.