**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: T-MART, INC. § | Case No. 05-06933 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street, Room 873
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.   A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/12/2012 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/13/2012          By:  /s/ALEX D. MOGLIA
                                                                                   Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: T-MART, INC.   §   Case No. 05-06933
   §
   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   96,675.45

*and approved disbursements of*   $   85,041.22

*leaving a balance on hand of* [1]   $   11,634.23

**Balance on hand:**   $   11,634.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   11,634.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 8,083.77 | 0.00 | 3,804.70 |
| Trustee, Expenses - ALEX D. MOGLIA | 221.89 | 0.00 | 104.43 |
| Attorney for Trustee, Fees - LAW OFFICE OF BRUCE DE'MEDICI PC | 5,607.50 | 0.00 | 2,639.21 |
| Attorney for Trustee, Expenses - LAW OFFICE OF BRUCE DE'MEDICI PC | 14.96 | 0.00 | 7.04 |
| Fees, United States Trustee | 3,750.00 | 0.00 | 1,764.97 |
| Attorney for Trustee Fees - SMITH AMUNDSEN LLC | 6,992.50 | 0.00 | 3,291.07 |
| Attorney for Trustee Expenses - SMITH AMUNDSEN LLC | 48.47 | 0.00 | 22.81 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,634.23 |
| Remaining balance: | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Department of the Treasury | 190,904.52 | 0.00 | 0.00 |
| Other Expenses: Illinois Department of Revenue | 11,283,077.32 | 0.00 | 0.00 |
| Other Expenses: State of Wisconsin | 595.84 | 0.00 | 0.00 |
| Other Expenses: State of Wisconsin | 65,665.97 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,547,358.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | State of Iowa Department of Justice | 16,184.30 | 0.00 | 0.00 |
| 3 | Department of the Treasury | 99,296.38 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 3,240,751.52 | 0.00 | 0.00 |
| 5 | Illinois Department of Revenue | 1,127,586.13 | 0.00 | 0.00 |
| 6 | Illinois Department of Revenue | 3,273.17 | 0.00 | 0.00 |
| 19 | Indiana Department of Workforce Development | 1,159.15 | 0.00 | 0.00 |
| 23 | State of Wisconsin | 571.28 | 0.00 | 0.00 |
| 24 | State of Wisconsin | 12,083.06 | 0.00 | 0.00 |
| 35 | State of Iowa | 7,249.94 | 0.00 | 0.00 |
| 44 | State of Wisconsin | 3,862.72 | 0.00 | 0.00 |
| 45 | Indiana Department of Workforce Development | 3,301.47 | 0.00 | 0.00 |
| 46 | Indiana Department of Workforce Development | 124.30 | 0.00 | 0.00 |
| 48 | State of Iowa | 5,445.44 | 0.00 | 0.00 |
| 49 | State of Iowa | 17,988.80 | 0.00 | 0.00 |
| 54 | State of Wisconsin | 8,481.24 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,616,719.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Venture Fuels, LLC | 70,910.10 | 0.00 | 0.00 |
| 2 | State of Iowa Department of Justice | 1,482.97 | 0.00 | 0.00 |
| 3 | Department of the Treasury | 21,736.44 | 0.00 | 0.00 |
| 7 | State of Iowa | 75,340.80 | 0.00 | 0.00 |
| 8 | Indiana Department of Revenue | 1,256.92 | 0.00 | 0.00 |
| 8 | Indiana Department of Revenue | 112.50 | 0.00 | 0.00 |
| 9 | Solar Transport Company | 10,872.17 | 0.00 | 0.00 |
| 10 | Community Bank & Trust | 345,627.66 | 0.00 | 0.00 |
| 11 | Community Bank & Trust | 106,039.55 | 0.00 | 0.00 |
| 12 | Community Bank & Trust | 571,872.80 | 0.00 | 0.00 |
| 13 | Community Bank & Trust | 1,023,370.53 | 0.00 | 0.00 |
| 14 | Community Bank & Trust | 300,629.34 | 0.00 | 0.00 |
| 15 | Community Bank & Trust | 154,990.99 | 0.00 | 0.00 |
| 17 | J&S Liquidation | 19,453.45 | 0.00 | 0.00 |
| 20 | Signs By Phil | 170,000.00 | 0.00 | 0.00 |
| 21 | RGIS Inventory Specialists | 975.00 | 0.00 | 0.00 |
| 22 | CBZ Inc Benny Joseph | 64,933.81 | 0.00 | 0.00 |
| 23 | State of Wisconsin | 25.00 | 0.00 | 0.00 |
| 24 | State of Wisconsin | 3,005.26 | 0.00 | 0.00 |
| 25 | Mongloor Corporation | 353,610.33 | 0.00 | 0.00 |
| 26 | Mohammad Malik | 353,610.33 | 0.00 | 0.00 |
| 27 | Dennis Electric of Tampico, Inc. | 945.85 | 0.00 | 0.00 |
| 29 | State of Iowa | 489.56 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 30 | Westmor Partners LLC | 1,766,637.57 | 0.00 | 0.00 |
| 32 | Jumah Mohammed | 200,000.00 | 0.00 | 0.00 |
| 35 | State of Iowa | 515.15 | 0.00 | 0.00 |
| 36 | ConocoPhillips Company | 385,534.66 | 0.00 | 0.00 |
| 37 | Gas Depot Oil Company | 67,541.26 | 0.00 | 0.00 |
| 41 | Data Source Appraisals | 750.00 | 0.00 | 0.00 |
| 48 | State of Iowa | 335.15 | 0.00 | 0.00 |
| 49 | State of Iowa | 1,662.97 | 0.00 | 0.00 |
| 51 | Venture Fuels LLC | 73,320.01 | 0.00 | 0.00 |
| 52 | National Petroleum, Inc. | 69,131.63 | 0.00 | 0.00 |
| 53 | Mohammed Jumeh | 400,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,057.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 54 | State of Wisconsin | 2,057.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                       Case No. 05-06933-JPC
T Mart, Inc                                                  Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: gbeemster              Page 1 of 3                   Date Rcvd: Mar 14, 2012
                              Form ID: pdf006              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2012.
db           +T Mart, Inc,   c/o Alan Segal,    29 S LaSalle Street, Suite 334,    Chicago, IL 60603-1555
8988586      +BLC Capital Corporation,    645 Madison Avenue,    18th Floor,    New York, NY 10022-1010
9401955      +BP Products North America Inc,    Kelley Drye & Warren LLP,    Attn James S Carr Esq,
               101 Park Avenue,   New York, New York 10178-0062
11214418     +BP Products North America Inc.,    c/o Kelley Drye & Warren LLP,    101 Park Avenue,
               New York, New York 10178-0062,    Attn:  James S. Carr and Jennifer A. Chr
8988584       Barash & Everett, LLC,    Attn: Keith Luymes,    P.O. Box 165,    Galva, IL 61434-0165
8988585       Becker & Litterst, Ltd.,    331 Fulton Street, Suite 416,    Peoria, IL 61602-1499
9568128      +CBZ Inc Benny Joseph,    9160 West Oaks,   DesPlains, IL 60016-4253
9106998      +Community Bank & Trust,    Abraham Brustein & Julia E Jensen,    DiMonte & Lizak LLC,
               216 West Higgins Road,    Park Ridge, Illinois 60068-5706
10482982     +ConocoPhillips Company,    Attn Edith A Wittig,    600 N Dairy Ashford Road ML2070,
               Houston, TX 77079-1100
10839415     +Data Source Appraisals,    630 River Drive,   Bettendorf, IA 52722-4709
9812969       Dennis Electric of Tampico, Inc.,    ATTN: John Widolff,    P.O. Box 40,   Tampico, IL  61283-0040
10483027     +Gas Depot Oil Company,    Lacy & Associates LLC,   1301 W 22nd St Suite 501,
               Oak Brook, Illinois 60523-2079
8988588      +Gas Depot Oil Company,    c/o Michael R. Lacey,    122 W. 22nd Street, Suite 300,
               Oak Brook, IL 60523-1598
11182734    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Bankruptcy Unit,
               100 W. Randolph St., #7-400,    Chicago, IL 60601)
8988589       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
9421131      +Indiana Department of Workforce Development,     Beverly Korobkin,    10 North Senate Avenue SE106,
               Indianapolis, IN 46204-2201
11137081     +Indiana Department of Workforce Development,     Workers Training Fund,    Beverly Korobkin,
               10 North Senate Avenue SE106,    Indianapolis, IN 46204-2201
8988592       Iowa Department of Revenue,    P.O. Box 10457,    Des Moines, IA 50306-0457
8988593       J&S Liquidation,   c/o Alex Rabin,    1300 S. 8th Street,    Springfield, IL 62703-2519
10481340     +Jumah Mohammed,    c/o Michael McWilliams,   415 N LaSalle,    Chicago, IL 60654-2740
8988594      +Lisa Madigan,   100 W. Randolph Street,    Chicago, IL 60601-3220
9308369      +Malik, Mohammad,   David M Neff,    DLA Piper Rudnick Gray Cary US LLP,
               203 North Lasalle Street Suite 1900,    Chicago, Illinois 60601-1263
9620694      +Mohammad Malik,   DLA Piper Rudnick Gary Cary US LLP,     Attn David M Neff and Brian A Audette,
               203 N Lasalle Street Suite 1900,    Chicago, IL 60601-1263
8988595       Mohammed Jumeh,   c/o Roger Ray,    115 N. State Street,    Geneseo, IL 61254-1345
11238541      Mohammed Jumeh,   7162 S Exchange,    Chicago, IL 60649
8988596       Mohammed Malik,   91 Lawndale Blvd.,    Frankfort, IL 60423-3121
9620693      +Mongloor Corporation,    DLA Piper Rudnick Gray Cary US LLP,
               Attn David M Neff and Brian A Audette,    203 N Lasalle Street Suite 1900,
               Chicago, IL 60601-1263
9308370      +Mongloor Inc,    David M Neff,   DLA Piper Rudnick Gray Cary LLP,
               203 North Lasalle Street Suite 1900,    Chicago, Illinois 60601-1263
8988597       National Petroleum, Inc.,    c/o Tom Pastrnak,    1313 W. 3rd Street,    Davenport, IA 52802-1346
10883534     +Office of the U.S. Trustee,    227 West Monroe, Suite 3350,    Chicago, Illinois 60606-5099
8988598      +Phill Khun,   Signs by Phil,    12106 Sabuda Place,    Wheatfield, IN 46392-7003
8988599       Pine Tree Commercial Realty, LLC,    51 Sherwood Terrace,    Suite C,   Lake Bluff, IL 60044-2232
9554630      +RGIS Inventory Specialists,    P O Box 77631,    Detroit, MI 48277-0631
8988600      +Roger Cast,   Venture Fuels,    P.O. Box 159,    Onalaska, WI 54650-0159
9127135      +S Abraham & Sons,   Becker & Litterst LTD,     331 Fulton Street Suite 416,   Peoria, IL 61602-1499
8988601      +Signs By Phil,    12106 Sabuda Place,   Wheatfield, IN 46392-7003
9194666      +Solar Transport Company,    6400 Westown Parkway,    West Des Moines, IA 50266-7709
11208154     +State of Iowa,    Iowa Department of Revenue,    Attn Bankruptcy Unit,    P O Box 10471,
               Des Moines, IA 50306-0471
9138005       State of Iowa,   Iowa Department of Revenue,     Accounts Receivable,
               Hoover State Office Building,    Des Moines, IA 50319
8988602       State of Iowa Department of Justice,    Hoover Building,    Des Moines, IA 50319
9620092      +State of Wisconsin,    Department of Revenue,    P O Box 8901,    Madison, Wisconsin 53708-8901
12903298     +State of Wisconsin Dept of Revenue,    Wisconsin Department of Revenue,    P O Box 8901,
               Madison, Wisconsin 53708-8901
11230691     +Venture Fuels LLC,    Attn George Keane,    P O Box 159,   Onalaska, WI 54650-0159
8988603      +Venture Fuels, LLC,    P.O. Box 159,   Onalaska, WI 54650-0159
10216797     +Westmor Partners LLC,    Gomberg Sharfman Gold & Ostler PC,    208 S Lasalle Suite 1200,
               Chicago, Illinois 60604-1032
12902868     +Wisconsin Department of Revenue,    Special Procedures Unit,    P O Box 8901,
               Madison, WI 53708-8901
8988604       Wisconsin Department of Revenue,    2135 Rimrock Road,    Madison, WI 53713-1443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8988587        E-mail/Text: depositops@communitybankandtrust.com Mar 15 2012 04:02:57      Community Bank & Trust,
               5380 N. Port Washington,    Glendale, WI 53217-4913
9094469        E-mail/Text: cio.bncmail@irs.gov Mar 15 2012 03:59:00      Department of the Treasury,
               Internal Revenue Service,    230 S Dearborn,    Stop 5013 CHI,   Chicago, IL 60604
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 3                  Date Rcvd: Mar 14, 2012
                               Form ID: pdf006            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
8988591        E-mail/Text: cio.bncmail@irs.gov Mar 15 2012 03:59:00
                 Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
                 P O Box 21126,    Philadelphia, PA 19114
8988590       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 15 2012 05:22:41
                 Indiana Department of Revenue,   100 N. Senate Avenue,   Indianapolis, IN 46204-2253
9598949       +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Mar 15 2012 04:04:13      State of Wisconsin,
                 DWD UI Collection Section,   P O Box 8914,   Madison, WI 53708-8914
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9112995*     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,   James E Ryan,   100 West Randolph St,
                 Chicago, IL 60601)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2012**               **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: gbeemster            Page 3 of 3                  Date Rcvd: Mar 14, 2012
                               Form ID: pdf006            Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2012 at the address(es) listed below:

        Abraham Brustein    on behalf of Creditor   Community Ba nk & Trust abrustein@dimonteandlizak.com, phogan@dimontelaw.com
        Abraham Brustein    on behalf of Plaintiff   Community Bank & Trust abrustein@dimonteandlizak.com, phogan@dimontelaw.com
        Adam S. Fayne    on behalf of Creditor   Irs Chicago District Counsel adam.s.fayne@irscounsel.treas.gov
        Alex D Moglia    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
        Bruce E de'Medici    on behalf of Spec. Counsel Robert Hankel bdemedici@gmail.com
        Julia Jensen Smolka    on behalf of Creditor   Community Ba nk & Trust jjensen@dimonteandlizak.com
        Mark Page    on behalf of Creditor   BP Products North America, Inc. mpage@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
        Norman B Newman    on behalf of Attorney   Much Shelist Freed Denenberg Ament & Rubenstein PC nnewman@muchshelist.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Raymond J Ostler    on behalf of Creditor   BLX Capital LLC f/k/a BLC Capital Corp rostler@gsgolaw.com
        William S Hackney    on behalf of Debtor   T Mart, Inc whackney@salawus.com, jadams@salawus.com
                                                                                                            TOTAL: 11

Case 05-06933   Doc 358   Filed 03/14/12   Entered 03/16/12 23:38:56   Desc Imaged
Certificate of Notice   Page 10 of 10