**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: T-MART, INC. | § Case No. 05-06933 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,604.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $84,711.49 | Claims Discharged Without Payment: $6,618,777.49 |
| Total Expenses of Administration: $11,963.96 | |

3) Total gross receipts of $ 96,675.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $96,675.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,048.82 | 25,048.82 | 11,963.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 11,540,243.68 | 11,540,243.65 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,683,827.81 | 4,548,517.78 | 1,158.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,852,341.46 | 6,702,330.10 | 83,552.61 |
| **TOTAL DISBURSEMENTS** | $0.00 | $23,101,461.77 | $22,816,140.35 | $96,675.45 |

   4) This case was originally filed under Chapter 7 on February 28, 2005. The case was pending for 79 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2013          By: /s/ALEX D. MOGLIA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 6,148.77 |
| LAWSUIT AGAINST BP | 1129-000 | 90,000.00 |
| Interest Income | 1270-000 | 526.68 |
| **TOTAL GROSS RECEIPTS** | | **$96,675.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 8,083.77 | 8,083.77 | 3,804.70 |
| ALEX D. MOGLIA | 2200-000 | N/A | 221.89 | 221.89 | 104.43 |
| LAW OFFICE OF BRUCE DE'MEDICI PC | 3210-000 | N/A | 5,607.50 | 5,607.50 | 2,639.21 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SMITH AMUNDSEN LLC | 3210-000 | N/A | 6,992.50 | 6,992.50 | 3,291.07 |
| SMITH AMUNDSEN LLC | 3220-000 | N/A | 48.47 | 48.47 | 22.81 |
| LAW OFFICE OF BRUCE DE'MEDICI PC | 3220-000 | N/A | 14.96 | 14.96 | 7.04 |
| Office of the U.S. Trustee | 2950-000 | N/A | 3,750.00 | 3,750.00 | 1,764.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.99 | 7.99 | 7.99 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.53 | 10.53 | 10.53 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 64.53 | 64.53 | 64.53 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 85.60 | 85.60 | 85.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.09 | 13.09 | 13.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 22.05 | 22.05 | 22.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.94 | 25.94 | 25.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $25,048.82 | $25,048.82 | $11,963.96 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State of Wisconsin | 6950-730 | N/A | 595.84 | 595.84 | 0.00 |
| Department of the Treasury | 6950-730 | N/A | 11,024.25 | 11,024.25 | 0.00 |
| Department of the Treasury | 6950-730 | N/A | 11,024.25 | 11,024.25 | 0.00 |
| Department of the Treasury | 6950-730 | N/A | 56,285.34 | 56,285.34 | 0.00 |
| Department of the Treasury | 6950-730 | N/A | 56,285.34 | 56,285.34 | 0.00 |
| Department of the Treasury | 6950-730 | N/A | 56,285.34 | 56,285.34 | 0.00 |
| State of Wisconsin | 6950-000 | N/A | 56,702.45 | 56,702.42 | 0.00 |
| Illinois Department of Revenue | 6950-000 | N/A | 11,283,077.32 | 11,283,077.32 | 0.00 |
| State of Wisconsin | 6950-730 | N/A | 8,963.55 | 8,963.55 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $11,540,243.68 | $11,540,243.65 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State of Iowa Department of Justice | 5800-000 | N/A | 17,667.27 | 16,184.30 | 0.00 |
| 3 | Department of the Treasury | 5800-000 | N/A | 99,296.38 | 99,296.38 | 0.00 |
| 4 | Illinois Department of Revenue | 5800-000 | N/A | 3,240,751.52 | 3,240,751.52 | 0.00 |
| 5 | Illinois Department of Revenue | 5800-000 | N/A | 1,127,586.13 | 1,127,586.13 | 0.00 |
| 6 | Illinois Department of Revenue | 5800-000 | N/A | 3,273.17 | 3,273.17 | 0.00 |
| 16 | Department of the Treasury | 5800-000 | N/A | 133,827.06 | 0.00 | 0.00 |
| 19 | Indiana Department of Workforce Development | 5800-000 | N/A | 1,159.15 | 1,159.15 | 0.00 |
| 23 | State of Wisconsin | 5800-000 | N/A | 571.28 | 571.28 | 0.00 |
| 24 | State of Wisconsin | 5800-000 | N/A | 12,083.06 | 12,083.06 | 0.00 |
| 35 | State of Iowa | 5800-000 | N/A | 7,249.94 | 7,249.94 | 0.00 |
| 44 | State of Wisconsin | 5800-000 | N/A | 3,862.72 | 3,862.72 | 0.00 |
| 45 | Indiana Department of Workforce Development | 5800-000 | N/A | 3,301.47 | 3,301.47 | 0.00 |
| 46 | Indiana Department of Workforce Development | 5800-000 | N/A | 124.30 | 124.30 | 0.00 |
| 48 | State of Iowa | 5800-000 | N/A | 5,445.44 | 5,445.44 | 0.00 |
| 49 | State of Iowa | 5800-000 | N/A | 17,988.80 | 17,988.80 | 0.00 |
| 54 | State of Wisconsin | 5800-000 | N/A | 8,481.24 | 8,481.24 | 0.00 |
|  | Community Bank & Trust | 5200-000 | N/A | 1,158.88 | 1,158.88 | 1,158.88 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,683,827.81 | $4,548,517.78 | $1,158.88 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Venture Fuels, LLC | 7100-000 | N/A | 70,910.10 | 70,910.10 | 0.00 |
| 2 | State of Iowa Department of Justice | 7100-000 | N/A | 17,667.27 | 1,482.97 | 0.00 |
| 3 | Department of the Treasury | 7100-000 | N/A | 21,736.44 | 21,736.44 | 0.00 |
| 7 | State of Iowa | 7100-000 | N/A | 75,340.80 | 75,340.80 | 0.00 |
| 8 | Indiana Department of Revenue | 7100-000 | N/A | 1,256.92 | 1,256.92 | 0.00 |
| 8 | Indiana Department of Revenue | 7100-000 | N/A | 112.50 | 112.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Solar Transport Company | 7100-000 | N/A | 10,872.17 | 10,872.17 | 0.00 |
| 10 | Community Bank & Trust | 7100-000 | N/A | 345,627.66 | 345,627.66 | 0.00 |
| 11 | Community Bank & Trust | 7100-000 | N/A | 106,039.55 | 106,039.55 | 0.00 |
| 12 | Community Bank & Trust | 7100-000 | N/A | 571,872.80 | 571,872.80 | 0.00 |
| 13 | Community Bank & Trust | 7100-000 | N/A | 1,023,370.53 | 1,023,370.53 | 0.00 |
| 14 | Community Bank & Trust | 7100-000 | N/A | 300,629.34 | 300,629.34 | 0.00 |
| 15 | Community Bank & Trust | 7100-000 | N/A | 154,990.99 | 154,990.99 | 0.00 |
| 16 | Department of the Treasury | 7100-000 | N/A | 133,827.06 | 0.00 | 0.00 |
| 17 | J&S Liquidation | 7100-000 | N/A | 19,453.45 | 19,453.45 | 0.00 |
| 18 | BP Products North America Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | Signs By Phil | 7100-000 | N/A | 170,000.00 | 170,000.00 | 0.00 |
| 21 | RGIS Inventory Specialists | 7100-000 | N/A | 975.00 | 975.00 | 0.00 |
| 22 | CBZ Inc Benny Joseph | 7100-000 | N/A | 64,933.81 | 64,933.81 | 0.00 |
| 23 | State of Wisconsin | 7100-000 | N/A | 25.00 | 25.00 | 0.00 |
| 24 | State of Wisconsin | 7100-000 | N/A | 3,005.26 | 3,005.26 | 0.00 |
| 25 | Mongloor Corporation | 7100-000 | N/A | 353,610.33 | 353,610.33 | 0.00 |
| 26 | Mohammad Malik | 7100-000 | N/A | 353,610.33 | 353,610.33 | 0.00 |
| 27 | Dennis Electric of Tampico, Inc. | 7100-000 | N/A | 945.85 | 945.85 | 0.00 |
| 29 | State of Iowa | 7100-000 | N/A | 489.56 | 489.56 | 0.00 |
| 30 | Westmor Partners LLC | 7100-000 | N/A | 1,766,637.57 | 1,766,637.57 | 0.00 |
| 32 | Jumah Mohammed | 7100-000 | N/A | 200,000.00 | 200,000.00 | 0.00 |
| 35 | State of Iowa | 7100-000 | N/A | 515.15 | 515.15 | 0.00 |
| 36 | ConocoPhillips Company | 7100-000 | N/A | 385,534.66 | 385,534.66 | 0.00 |
| 37 | Gas Depot Oil Company | 7100-000 | N/A | 67,541.26 | 67,541.26 | 0.00 |
| 41 | Data Source Appraisals | 7100-000 | N/A | 750.00 | 750.00 | 0.00 |
| 48 | State of Iowa | 7100-000 | N/A | 335.15 | 335.15 | 0.00 |
| 49 | State of Iowa | 7100-000 | N/A | 1,662.97 | 1,662.97 | 0.00 |
| 50 | BP Products North America Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 51 | Venture Fuels LLC | 7100-000 | N/A | 73,320.01 | 73,320.01 | 0.00 |
| 52 | National Petroleum, Inc. | 7100-000 | N/A | 69,131.63 | 69,131.63 | 0.00 |
| 53 | Mohammed Jumeh | 7100-000 | N/A | 400,000.00 | 400,000.00 | 0.00 |
| 54 | State of Wisconsin | 7200-000 | N/A | 2,057.73 | 2,057.73 | 0.00 |
| | Community Bank & Trust | 7100-000 | N/A | 2,552.61 | 2,552.61 | 2,552.61 |
| | Hankel, Bjelajac, Kallenbach & Koenen, LLC | 7100-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hankel, Bjelajac, Kallenbach & Koenen, LLC | 7100-000 | N/A | | 2,447.39 | 2,447.39 | 2,447.39 |
| Community Bank | 7100-000 | N/A | | 48,552.61 | 48,552.61 | 48,552.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,852,341.46 | $6,702,330.10 | $83,552.61 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-06933  
**Case Name:** T-MART, INC.

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/28/06 (c)  
**§341(a) Meeting Date:** 08/08/06

**Period Ending:** 01/23/13  
**Claims Bar Date:** 03/14/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 7,420.00 | 7,420.00 | | 6,148.77 | FA |
| 2 | ACCOUNTS RECEIVABLE | 9,604.00 | 0.00 | DA | 0.00 | FA |
| 3 | LAWSUIT AGAINST BP | Unknown | Unknown | | 90,000.00 | FA |
| 4 | LAWSUIT AGAINST FORMER PARTNERS | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 526.68 | FA |
| 5 | Assets   Totals (Excluding unknown values) | **$17,024.00** | **$7,420.00** | | **$96,675.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARATION OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**   August 30, 2007        **Current Projected Date Of Final Report (TFR):**   March 15, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-06933  
**Case Name:** T-MART, INC.  

**Taxpayer ID #:** **-***0012  
**Period Ending:** 01/23/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****91-65 - Money Market Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/06/06 | {1} | Guaranty Bank | Funds from personal property | 1129-000 | 5,681.17 | | 5,681.17 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.61 | | 5,683.78 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.73 | | 5,687.51 |
| 12/12/06 | {1} | Alliance Bank | Bank account funds | 1129-000 | 467.60 | | 6,155.11 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.77 | | 6,158.88 |
| 01/02/07 | 1001 | Community Bank & Trust | Order from Court | 5200-000 | | 1,158.88 | 5,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 6.65 | | 5,006.65 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 8.71 | | 5,015.36 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 9.35 | | 5,024.71 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 9.68 | | 5,034.39 |
| 04/30/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2007 FOR CASE #05-06933, Bond Number 016026455 - 02/01/07 thru 02/01/08 | 2300-000 | | 7.99 | 5,026.40 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 9.69 | | 5,036.09 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 9.08 | | 5,045.17 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 10.04 | | 5,055.21 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 9.74 | | 5,064.95 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 8.81 | | 5,073.76 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 10.41 | | 5,084.17 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 8.86 | | 5,093.03 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 8.43 | | 5,101.46 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 7.42 | | 5,108.88 |
| 02/25/08 | 1003 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-06933 Voided on 02/25/08 | 2300-000 | | 10.53 | 5,098.35 |
| 02/25/08 | 1003 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-06933 Voided: check issued on 02/25/08 | 2300-000 | | -10.53 | 5,108.88 |
| 02/25/08 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-06933 | 2300-000 | | 10.53 | 5,098.35 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 4.17 | | 5,102.52 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 3.79 | | 5,106.31 |
| 04/14/08 | {3} | BP PRODUCTS NORTH AMERICA INC. | SETTLEMENT PROCEEDS | 1129-000 | 90,000.00 | | 95,106.31 |

Subtotals : $96,283.71  $1,177.40

{} Asset reference(s)

Printed: 01/23/2013 04:15 PM   V.13.11

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-06933  
**Case Name:** T-MART, INC.  

**Taxpayer ID #:** **-***0012  
**Period Ending:** 01/23/13  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****91-65 - Money Market Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 28.41 | | 95,134.72 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 48.64 | | 95,183.36 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 50.10 | | 95,233.46 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 50.12 | | 95,283.58 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 46.91 | | 95,330.49 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 51.79 | | 95,382.28 |
| 10/21/08 | | To Account #********9166 | Funds for court order to pay Hankel and Community Bank | 9999-000 | | 35,447.39 | 59,934.89 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 40.79 | | 59,975.68 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 16.25 | | 59,991.93 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.55 | | 60,004.48 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.38 | | 60,011.86 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.88 | | 60,018.74 |
| 03/20/09 | | To Account #********9166 | BP settlement payment to Community Bank | 9999-000 | | 48,552.61 | 11,466.13 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.08 | | 11,472.21 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.41 | | 11,473.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 11,474.98 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 11,476.48 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,477.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,479.38 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.41 | | 11,480.79 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.41 | | 11,482.20 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,483.65 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,485.10 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 11,486.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 11,487.77 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.55 | | 11,489.32 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.23 | | 11,489.55 |
| 04/06/10 | | Wire out to BNYM account 9200******9165 | Wire out to BNYM account 9200******9165 | 9999-000 | -11,489.55 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 85,177.40 | 85,177.40 | $0.00 |
| | | | Less: Bank Transfers | | -11,489.55 | 84,000.00 | |
| | | | **Subtotal** | | 96,666.95 | 1,177.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$96,666.95** | **$1,177.40** | |

{} Asset reference(s)                                    Printed: 01/23/2013 04:15 PM    V.13.11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-06933  
**Case Name:** T-MART, INC.  
**Taxpayer ID #:** **-***0012  
**Period Ending:** 01/23/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****91-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/08 | | From Account #********9165 | Funds for court order to pay Hankel and Community Bank | 9999-000 | 35,447.39 | | 35,447.39 |
| 10/21/08 | 101 | Hankel, Bjellajac, Kallenbach & Koenen LLC | Court Order awarding and authorizing payment of final compensation Voided on 10/21/08 | 7100-000 | | 30,000.00 | 5,447.39 |
| 10/21/08 | 101 | Hankel, Bjellajac, Kallenbach & Koenen LLC | Court Order awarding and authorizing payment of final compensation Voided: check issued on 10/21/08 | 7100-000 | | -30,000.00 | 35,447.39 |
| 10/21/08 | 102 | Hankel, Bjelajac, Kallenbach & Koenon, LLC | Court order awarding and authorizing payment of final costs Voided on 10/21/08 | 7100-000 | | 2,447.39 | 33,000.00 |
| 10/21/08 | 102 | Hankel, Bjelajac, Kallenbach & Koenon, LLC | Court order awarding and authorizing payment of final costs Voided: check issued on 10/21/08 | 7100-000 | | -2,447.39 | 35,447.39 |
| 10/21/08 | 103 | Community Bank & Trust | Per court order balance of the BP expense allowance | 7100-000 | | 2,552.61 | 32,894.78 |
| 10/21/08 | 104 | Hankel, Bjelajac, Kallenbach & Koenen, LLC | Court order awarding and authorizing payment of final compensation | 7100-000 | | 30,000.00 | 2,894.78 |
| 10/21/08 | 105 | Hankel, Bjelajac, Kallenbach & Koenen, LLC | Court order and authorizing payment of final costs | 7100-000 | | 2,447.39 | 447.39 |
| 03/09/09 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #05-06933, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 64.53 | 382.86 |
| 03/20/09 | | From Account #********9165 | BP settlement payment to Community Bank | 9999-000 | 48,552.61 | | 48,935.47 |
| 03/20/09 | 107 | Community Bank | BP settlement proceeds | 7100-000 | | 48,552.61 | 382.86 |
| 03/01/10 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2010 FOR CASE #05-06933 | 2300-000 | | 85.60 | 297.26 |
| 04/06/10 | | Wire out to BNYM account 9200******9166 | Wire out to BNYM account 9200******9166 | 9999-000 | -297.26 | | 0.00 |
| | | | ACCOUNT TOTALS | | 83,702.74 | 83,702.74 | $0.00 |
| | | | Less: Bank Transfers | | 83,702.74 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **83,702.74** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$83,702.74** | |

{} Asset reference(s)     Printed: 01/23/2013 04:15 PM     V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-06933 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | T-MART, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******91-65 - Checking Account |
| Taxpayer ID #: | **-***0012 | | Blanket Bond: | N/A |
| Period Ending: | 01/23/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | 9999-000 | 11,489.55 | | 11,489.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.18 | | 11,490.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,492.19 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.42 | | 11,493.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,495.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,496.53 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,496.62 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,496.71 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,496.80 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,496.89 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,496.98 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,497.06 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,497.15 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,497.24 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,497.33 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,497.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,497.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 22.05 | 11,475.46 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,475.55 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.73 | 11,448.82 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.79 | 11,449.61 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,449.70 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,424.70 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,424.79 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,399.79 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,399.88 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,374.88 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,374.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,349.97 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,350.06 |
| 04/13/12 | | To Account #9200******9166 | closing of account to do distribution | 9999-000 | | 11,350.06 | 0.00 |

Subtotals :   $11,498.05   $11,498.05

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-06933　　　　　　　　　　　　　　**Trustee:** ALEX D. MOGLIA (330260)
**Case Name:** T-MART, INC.　　　　　　　　　　　　　**Bank Name:** The Bank of New York Mellon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** 9200-******91-65 - Checking Account
**Taxpayer ID #:** **-***0012　　　　　　　　　　　　　　**Blanket Bond:** N/A
**Period Ending:** 01/23/13　　　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 11,498.05 | 11,498.05 | $0.00 |
| | | | Less: Bank Transfers | | 11,489.55 | 11,350.06 | |
| | | | **Subtotal** | | **8.50** | **147.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.50** | **$147.99** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/23/2013 04:15 PM　　V.13.11

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 05-06933 | | Trustee: | ALEX D. MOGLIA (330260) |
| Case Name: | T-MART, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******91-66 - Checking Account |
| Taxpayer ID #: | **-***0012 | | Blanket Bond: | N/A |
| Period Ending: | 01/23/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9166 | Wire in from JPMorgan Chase Bank, N.A. account ********9166 | 9999-000 | 297.26 | | 297.26 |
| 02/18/11 | 10109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/18/2011 FOR CASE #05-06933 | 2300-000 | | 13.09 | 284.17 |
| 12/20/11 | 10110 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #05-06933, Blanket Bond 016028270 11/3/11 - 11/3/12 Voided on 01/01/12 | 2300-000 | | 21.54 | 262.63 |
| 01/01/12 | 10110 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #05-06933, Blanket Bond 016028270 11/3/11 - 11/3/12 Voided: check issued on 12/20/11 | 2300-000 | | -21.54 | 284.17 |
| 04/13/12 | | From Account #9200******9165 | closing of account to do distribution | 9999-000 | 11,350.06 | | 11,634.23 |
| 04/16/12 | 10111 | ALEX D. MOGLIA | Dividend paid 47.06% on $8,083.77, Trustee Compensation; Reference: | 2100-000 | | 3,804.70 | 7,829.53 |
| 04/16/12 | 10112 | ALEX D. MOGLIA | Dividend paid 47.06% on $221.89, Trustee Expenses; Reference: | 2200-000 | | 104.43 | 7,725.10 |
| 04/16/12 | 10113 | Office of the U.S. Trustee | Dividend paid 47.06% on $3,750.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 1,764.97 | 5,960.13 |
| 04/16/12 | 10114 | LAW OFFICE OF BRUCE DE'MEDICI PC | Combined Check for Claims#et_al. | | | 2,646.25 | 3,313.88 |
| | | | Dividend paid 47.06% on $5,607.50; Claim# ; Filed: $5,607.50       2,639.21 | 3210-000 | | | 3,313.88 |
| | | | Dividend paid 47.06% on $14.96; Claim# ; Filed: $14.96       7.04 | 3220-000 | | | 3,313.88 |
| 04/16/12 | 10115 | SMITH AMUNDSEN LLC | Combined Check for Claims#et_al. | | | 3,313.88 | 0.00 |
| | | | Dividend paid 47.06% on $6,992.50; Claim# ; Filed: $6,992.50       3,291.07 | 3210-000 | | | 0.00 |
| | | | Dividend paid 47.06% on $48.47; Claim# ; Filed: $48.47       22.81 | 3220-000 | | | 0.00 |

Subtotals :       $11,647.32       $11,647.32

{} Asset reference(s)

Printed: 01/23/2013 04:15 PM       V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 05-06933  
**Case Name:** T-MART, INC.  
**Taxpayer ID #:** **-***0012  
**Period Ending:** 01/23/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,647.32 | 11,647.32 | $0.00 |
| | | | Less: Bank Transfers | | 11,647.32 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,647.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $11,647.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****91-65** | 96,666.95 | 1,177.40 | 0.00 |
| **Checking # ***-*****91-66** | 0.00 | 83,702.74 | 0.00 |
| **Checking # 9200-******91-65** | 8.50 | 147.99 | 0.00 |
| **Checking # 9200-******91-66** | 0.00 | 11,647.32 | 0.00 |
| | $96,675.45 | $96,675.45 | $0.00 |

{} Asset reference(s)

Printed: 01/23/2013 04:15 PM    V.13.11